**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>SOUTH HILLS OPERATIONS, LLC, *et al.*,[4]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-21217-CMB<br>(Jointly Administered) |
| ROBERT S. BERNSTEIN, Liquidating Trustee of SOUTH HILLS OPERATIONS, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>TRANSIT4LIFE CORPORATION,<br><br>Defendant. | Adversary Pro. No. 26-02037-CMB<br><br>**ENTERED BY DEFAULT** |

**DEFAULT JUDGMENT**

The defendant, Transit4life Corporation, having failed to plead or otherwise defend in this adversary proceeding, and default having been entered by the Clerk of this Court; upon request of plaintiff and upon the supporting declarations that defendant is indebted to plaintiff in the sum of $11,693.50, plus filing fee costs of $350.00, plus interest on the aggregate sum from the date of judgment; that defendant has been defaulted for failure to appear pursuant to Rule 55 of the Federal

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149);Cheswick Rehabilitation and Wellness Center, LLC (9561); 3876 Saxonburg Boulevard Propco, LLC (3618); North Strabane Rehabilitation and Wellness Center, LLC (1677); 100 Tandem Village Road Propco, LLC (1918); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Briarcliff Propco, LLC (1823); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Evergreen Propco, LLC (2000); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Kade Propco, LLC (2097); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Latrobe Propco, LLC (2178); Maybrook-C Overlook Opco, LLC (7081); Maybrook-C Overlook Propco, LLC (6804); Maybrook-C Silver Oaks Opco, LLC (7146); Maybrook-C Silver Oaks Propco, LLC (9654); Maybrook-C Whitecliff Opco, LLC (6211); Maybrook-C Whitecliff Propco, LLC (4835). The Debtors' address is 485 Lexington Avenue, 10th Floor, New York, NY 10017.

Rules of Civil Procedure (made applicable in this proceeding by Fed. R. Bankr. P. 7055); and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, Robert S. Bernstein, Esq., Liquidating Trustee in the bankruptcy cases of South Hills Operations, LLC, et al., recover from the defendant, Transit4life Corporation, the sum of **$12,043.50**, plus interest according to the law from the date this judgment is entered until the entire amount is paid.

Dated: April 21, 2026

Carlota M. Böhm
Hon. Carlota M. Böhm dmr
United States Bankruptcy Judge

FILED
4/21/26 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

The Clerk shall close
this Adversary